UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
═══════════════════════════════════════════════════════

JEFFREY THRALL,

                        Plaintiff,

v.                                   5:08-CV-0032  (NPM/GHL)

CENTRAL NEW YORK
TRANSPORTATION
AUTHORITY, et al.,

                        Defendants.


═══════════════════════════════════════════════════════

APPEARANCES:

JEFFREY THRALL, Pro Se


Neal P. McCurn, Senior United States District Judge

## **MEMORANDUM-DECISION and ORDER**

      Plaintiff Jeffrey Thrall ("Thrall") brings this pro se employment

discrimination action, alleging, inter alia,  civil rights violations pursuant to 42

U.S.C. § 1983, due process and equal protection violations under the Fourteenth

Amendment to the U.S. Constitution, and violations under New York common law

and New York General Business Law.

      On July 15, 2008, Magistrate Judge George H. Lowe issued a well-

researched and thoughtful Report and Recommendation ("Report-Rec") (Doc. No.

6) which recommended that this court dismiss Thrall's complaint for failure to prosecute pursuant to Fed. R. Civ. P. 41(b), or in the alternative, for failure to obey a scheduling or pre-trial order pursuant to Fed. R. Civ. P. 16(f).

Upon careful review of both Magistrate Lowe's Report-Recommendation (Doc. No. 6) and plaintiff Thrall's subsequent objection thereto (Doc. No. 7), the recommended ruling is hereby APPROVED and ADOPTED. The Clerk is directed to close this case.

SO ORDERED.

August 7, 2008

Neal G. McCurn
_____
Neal P. McCurn
Senior  U.S. District Judge

2